People of the State of Illinois, Plaintiff-Appellant, v. Wilbert Saunders, Defendant-Appellee.

Gen. No. 47,681. 

First District, Second Division.

June 30, 1959.

Released for publication July 28, 1959.

Benjamin S. Adamowski, State's Attorney (Francis X. Riley, Assistant State's Attorney, of counsel) for plaintiff-appellant; Julius L. Sherwin and Theodore R. Sherwin, for defendant-appellee. Opinion by JUSTICE KILEY. Not to be published in full.